UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASPEX EYEWEAR, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3-98CV2996-D |
| | § | |
| E'LITE OPTIK, INC., | § | |
| Defendant. | § | |

## JOINT SUBMISSION

Pursuant to this Court's April 4, 2002 Order, the parties have conferred in good faith regarding the sealing of the Court's April 4, 2002 Memorandum Opinion and Order.

Plaintiff is of the opinion that the entirety of the Memorandum Opinion and Order should be unsealed.

Defendant does not object, but is of the further opinion that the motions, briefs, and appendices relating to any unsealed portion should also be unsealed except to the extent the Court did not rely on such to render its opinion.

Respectfully submitted,

Robert M. Mason, TX Bar No. 13158240
James D. Petruzzi, TX Bar No. 15853280
MASON & PETRUZZI
13601 Preston Road, Suite 402 West
Dallas, Texas 75240
Telephone: (972) 788-1500
Facsimile: (972) 788-1561

ATTORNEYS FOR DEFENDANT,
E'LITE OPTIK, INC.

*Barry Schindler by permission*
Dan D. Davison, TX Bar No. 05590900
FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200


Michael A. Nicodema
Barry J. Schindler
Dreier & Baritz, LLP
499 Park Avenue
New York, NY  10022
Telephone:  (212) 328-6100
Facsimile:   (212) 328-6101

ATTORNEYS FOR PLAINTIFF,
ASPEX EYEWEAR, INC.

## CERTIFICATE OF SERVICE

      I, Robert M. Mason, hereby certify that a true copy of the foregoing JOINT SUBMISSION was served on Plaintiff's counsel by facsimile and first class U.S. mail to the following addresses:

Barry Schindler, Esq.
Michael Nicodema, Esq.
Dreier & Baritz, LLP
499 Park Avenue
New York, NY 10022

Dan D. Davison, Esq.
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

on this 6th day of May, 2002.

                                                  _____
                                                  Robert M. Mason