## MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

| | | |
|---|---|---|
| PLACE: **Dallas** | JUDGE: **Sidney A. Fitzwater** | DATE: **07/19/02** |
| REPORTER: **Pam Wilson** | MARSHAL: | DEPUTY: **Pat Esquivel** |
| INTERPRETER: | CSO: | COURT TIME: **1.5 hours** |

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 2:00pm to 3:20pm | 3:98CV2996-D Aspex Eyewear v Elite Optik Inc | Pretrial conference held | P - Brett Govett<br><br>D - Richard L Wynne |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 19 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

253