IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASPEX EYEWEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> E'LITE OPTIK, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:98–CV–2996–D |

### AGREED MOTION AND BRIEF FOR ENTRY OF AMENDED PROTECTIVE ORDER

This patent infringement action is one of several pending in this and other jurisdictions between the Plaintiffs and the Defendant. In order to facilitate the sharing of documents amongst counsel in the various actions, the parties have agreed to submit similar protective orders in all of the actions to allow the use of documents and information produced in one suit in the other suits. Therefore, the parties request that the Court enter the amended Protective Order submitted with this motion.

263

Respectfully submitted,

*Max Ciccarelli*

Bruce S. Sostek
  State Bar No. 18855700
Jane Politz Brandt
  State Bar No. 02882090
Max Ciccarelli
  State Bar No. 00787242
Richard L. Wynne, Jr.
  State Bar No. 24003214

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR E'LITE OPTIK, INC.

Respectfully submitted,

*/s/ Max Ciccarelli*

Bruce S. Sostek
  State Bar No. 18855700
Jane Politz Brandt
  State Bar No. 02882090
Max Ciccarelli
  State Bar No. 00787242
Richard L. Wynne, Jr.
  State Bar No. 24003214

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR E'LITE OPTIK, INC.

_____
Michael A. Nicodema
  New York Bar No.:_____
Barry J. Schindler
  New York Bar No.:_____

DREIER & BARITZ, L.L.P.
499 Park Avenue
New York, New York 10022
212.328.6133
212.328.6101 (facsimile)

-and-

Dan D. Davison
  State Bar No.: _____
Brett Christopher Govett
  State Bar No.: 08735900

FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
214.855.8000
214.855.8200 (facsimile)

ATTORNEYS FOR PLAINTIFFS
ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been sent by certified mail, return receipt requested to all counsel of record on this the 7th day of November, 2002, as follows:

| | |
|---|---|
| Dan Duncan Davison | Michael A. Nicodema |
| Brett Christopher Govett | Barry J. Schindler |
| FULBRIGHT & JAWORSKI | DREIER & BARITZ |
| 2200 Ross Avenue, Suite 2800 | 499 Park Avenue |
| Dallas, Texas 75201 | New York, New York 10022 |

*Max Ciccarelli*

Max Ciccarelli

503660 000003 DALLAS 1505038.1