UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASPEX EYEWEAR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:98-CV-2996-D |
| | § | |
| E'LITE OPTIK, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL

NOW COMES ASPEX EYEWEAR, INC. ("Aspex"), plaintiff herein, and files its Notice of Substitution of Lead Counsel. Aspex hereby notifies the Court and defendant's counsel that Brett C. Govett of Fulbright & Jaworski L.L.P. (State Bar No. 08235900) is substituting in this action as lead counsel of record in place of Dan D. Davison for Aspex. Aspex designates Mr. Govett as its lead counsel. Mr. Govett's contact information is as follows:

Brett C. Govett
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214.855.8189
Fax: 214.855.8200
E-mail: bgovett@fulbright.com

Aspex respectfully requests that Mr. Govett be listed in the Court's records as lead counsel for all notice purposes in this action.

Dan D. Davison will remain as counsel in this matter, however, he will not be designated as lead counsel.

**Dated: June 5, 2003**.

Respectfully submitted,

By: _____
Brett C. Govett
Texas Bar No. 08235900
Counsel for Aspex Eyewear, Inc.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214-855-8000
Facsimile: 214-855-8200

Michael A. Nicodema, Esq.
GREENBERG TRAURIG, LLP
885 Third Avenue, 21st Floor
New York, New York 10022-4802
Telephone: 212-801-2100
Facsimile: 212-688-2449

## CERTIFICATE OF SERVICE

This document was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 5th day of June, 2003.

_____
Brett C. Govett