

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASPEX EYEWEAR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:98-CV-2996-D |
| | § | |
| E'LITE OPTIK, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S NEW YORK COUNSEL

NOW COMES ASPEX EYEWEAR, INC. ("Aspex"), plaintiff herein, and files its Notice of Change of Address for Plaintiff's New York Counsel. Aspex hereby notifies the Court and defendant's counsel that the firm of Greenberg Traurig LLP has changed its address, effective October 18, 2004, as follows:

> Greenberg Traurig LLP
> 200 Park Avenue, 34th Floor
> New York, NY 10166
> (212) 801-9200
> (212) 801-6400

**Dated:** November 3, 2004.

Respectfully submitted,

By: _____
Brett C. Govett
Texas Bar No. 08235900
Counsel for Aspex Eyewear, Inc.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214-855-8000
Facsimile: 214-855-8200

Michael A. Nicodema, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

## CERTIFICATE OF SERVICE

    This document was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 2nd of November, 2004.

_____
Brett C. Govett